GUNTER v. GUNTER. (Circuit Court of Appeals, Fifth Circuit. December 11, 1911.) No. 2,266. In Error to the Circuit Court of the United States for the Eastern District of Texas. W. O. Davis, for plaintiff in error. Don A. Bliss, for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. The judgment of the Circuit Court is affirmed.

---

HEALEY ICE MACH. CO. v. GREENE et al. (Circuit Court of Appeals, Fourth Circuit. November 9, 1911.) No. 1,027. Appeal from the Circuit Court of the United States for the Eastern District of North Carolina, at Raleigh. A. B. Andrews, Jr. (Rupert Barry, on the brief), for appellant. T. H. Calvert and Harry Skinner (S. Brown Shepherd, on the brief), for appellees. Before GOFF, Circuit Judge, and WADDILL, District Judge.

PER CURIAM. This case is governed by the provisions of the statutes of North Carolina, relating to the questions involved. The court below (181 Fed. 890; 184 Fed. 515) properly applied the facts disclosed by the record to said statutes as they have been construed by the Supreme Court of that state. That court did not err in dismissing the bill, as under the statutes mentioned no lien could have attached to the land proceeded against by reason of the mechanic's lien originally relied on, and therefore the suit should have been dismissed. There is no error. Affirmed.

---

In re McGRIGOR et al. ALASKA PERSEVERANCE MINING CO. v. PEARCE. (Circuit Court of Appeals, Ninth Circuit. December 4, 1911.) Nos. 1,932, 1,947. Appeals from the District Court of the United States for Division No. 1 of the District of Alaska. For former opinions, see 186 Fed. 783; 186 Fed. 787. In No. 1,932: G. C. Israel, for appellee. In No. 1,947: R. F. Laffoon, W. C. Sharpstein, George Clark, John R. Winn, and Newark L. Burton, for appellant. Grant H. Smith, G. C. Israel, and J. A. Hellenthal, for appellee.

PER CURIAM. On motion of counsel for appellee, and on consideration of stipulations of counsel filed November 20 and December 4, 1911, motion granted, and appeals dismissed.